[No. 449.  August 13, 1891.]

THE UNITED STATES OF AMERICA, APPELLEES, v. DE LUJAN, APPELLANT.

AFFIRMED for reasons stated in United States v. Urbana Duran de Amador, 6 N. M., page 173, ante.

APPEAL, from a judgment for appellees, from the Third Judicial District Court.

A. B. FALL for appellant.

EUGENE A. FISKE, United States district attorney, for appellees.

LEE, J.—This cause comes here on appeal from the Third judicial district.  All the errors assigned in this case have been fully considered and passed upon in the case of U. S. v. Urbana Duran de Amador, 6 N. M. 173, decided at the present term of this court.  It is therefore unnecessary to consider the assignments in this case in detail.  For the reasons

set forth in the case referred to, the judgment of the court below in this case will be affirmed.

O'BRIEN, C. J., and SEEDS and FREEMAN, JJ., concur.

AFFIRMED for reasons stated in United States v. Urbana Duran de Amador, 6 N. M., page 173, ante.

A. B. FALL for appellant.

EUGENE A. FISKE, United States district attorney, for appellees.